IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

McDonald's Corporation

      Plaintiff

v.

Rite Aid of Maryland, Inc

      Defendant

Case No. JFM00-CV-586

**STIPULATION EXTENDING TIME**

The parties, by counsel, stipulate that the time within which Defendant shall respond to the Complaint is extended by twenty days, to and including Monday, April 17, 2000.


James Sottile
Baach, Robinson & Lewis
25 S. Charles Street
1 Thomas Circle
Suite 200
Washington D.C. 20005
(202) 659-7208

Attorneys for Plaintiff


Allan P. Hillman
Neuberger, Quinn, Gielen,
    Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
(410) 332-8542

Attorneys for Defendant

131026