IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

McDonald's Corporation    *
One McDonald's Plaza
Oak Brook, Illinois 60523    *

     Plaintiff    *

v.    *    Case No. JFM-00-586

Rite Aid of Maryland, Inc.    *
P.O. Box 3165
Harrisburg, Pennsylvania 17105    *

Serve on:    *
     The Corporation Trust, Inc.
     300 E. Lombard Street    *
     Baltimore, Maryland 21202
   *
     Defendant
   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY AND WITHDRAWAL OF APPEARANCE**

     Please enter the appearance of James Sottile, IV, Esquire and Baach Robinson & Lewis and strike the appearance of Gerard J. Gaeng, Lynn E. Ricciardella and Rosenberg Proutt Funk & Greenberg, LLP, as counsel for the plaintiff in this action.

                 _/s/ James Sottile, IV_ /GJG
                 James Sottile, IV #012169
                 Baach Robinson & Lewis
                 One Thomas Circle, N.W., Suite 200
                 Washington, D.C. 20005-5802
                 (202) 833-8900 (phone)
                 (202) 466-5738 (fax)

*Gerard J. Gaeng*
Gerard J. Gaeng, #04970
Rosenberg Proutt Funk & Greenberg, LLP
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201
(410) 727-6600 (phone)
(410) 727-1115 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2000, a copy of the foregoing entry and withdrawal of appearance was mailed, first class, postage prepaid, to The Corporation Trust, Inc, 300 E. Lombard Street, Baltimore, Maryland 21202 and Allan P. Hillman, Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., One South Street, 27th Floor, Baltimore, Maryland 21202.

*Gerard J. Gaeng*
Gerard J. Gaeng

0127763.01