IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| McDonald's Corporation | * |
| Plaintiff | * Case No. JFM00-CV-586 |
| v. | * |
| Rite Aid of Maryland, Inc | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION EXTENDING TIME

The parties, by counsel, stipulate that the time within which Defendant shall respond to the Complaint is extended by fourteen days, to and including Monday, May 1, 2000.

| | |
|---|---|
| James Sottile | Allan P. Hillman |
| Baach, Robinson & Lewis | Neuberger, Quinn, Gielen, |
| 25 S. Charles Street | Rubin & Gibber, P.A. |
| 1 Thomas Circle | One South Street, 27th Floor |
| Suite 200 | Baltimore, Maryland 21202 |
| Washington D.C. 20005 | (410) 332-8542 |
| (202) 659-7208 | |
| Attorneys for Plaintiff | Attorneys for Defendant |

132615