LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

ALLAN P. HILLMAN
(410) 332-8542

FAX NO.
(410) 332-8594
APH@NQGRG.COM

July 7, 2000



Honorable J. Frederick Motz
Chief Judge
United States District Court
 for the District of Maryland
U.S. Courthouse, Room 510
101 W. Lombard Street
Baltimore, MD 21201

Re:   McDonald's v. Rite Aid; Civil Action No. JFM00-CV-586

Dear Judge Motz:

I am reporting to the Court as counsel for Rite Aid, and on behalf of counsel for McDonald's, James Sottile.

We are pleased to report that the parties are close to reaching a final agreement settling this case. Certain details are being negotiated, and the parties expect to resolve these issues and sign an agreement within approximately two weeks. Accordingly, we request leave to report to the Court on or before July 27, 2000 concerning the status of this case.

We thank the Court for its consideration, and I thank Mr. Sottile for his courtesy.

Respectfully yours,

Allan P. Hillman

APH/fy
cc:  James Sottile, Esquire

136603/379.34