IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

McDonald's Corporation

    Plaintiff

v.      *      Case No. JFM-00-586

Rite Aid of Maryland, Inc.    *

    Defendant      *

                *

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, McDonald's Corporation and Rite-Aid of Maryland, Inc., through their respective counsel, stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal of this action with prejudice. Each party shall bear its own costs.

Respectfully submitted,

_____
James Sottile
Baach Robinson & Lewis PLLC
One Thomas Circle
Suite 200
Washington, DC 20005
202-659-7208

Attorneys for Plaintiff

September 29, 2000

_____
Allan P. Hillman /J. d. by express consent
Neuberger, Quinn, Gielen,
   Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202
410-332-8542

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2000, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed, first class, postage prepaid to:

>Allan P. Hillman
>Neuberger, Quinn, Gielen,
>   Rubin & Gibber, P.A.
>One South Street, 27th Floor
>Baltimore, MD 21202

_____
Lezlie S. Nye